FILED

02/08/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0550

_____

IN THE MATTER OF:

R.N.,

O R D E R

A Youth in Need of Care.

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening Brief filed electronically on February 8, 2024, this Court has determined that the brief does not comply with the below-referenced Rule and must be resubmitted.

Montana Rule of Appellate Procedure 12(1)(i), requires that the relevant judgment, order(s), findings of fact, conclusions of law, jury instruction(s), ruling(s), or decision(s) from which the appeal is taken together with any written memorandum or rationale of the court, and those pages of the transcript containing any oral ruling in support thereof, be contained in an appellant's brief to this Court. Appellant's brief includes an Appendix table of contents page, but no documents are attached. Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rule and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to

all parties of record.

DATED this 8th day of February, 2024.

For the Court,

By_____

Justice

Electronically signed by:
Jim Rice
Justice, Montana Supreme Court
February 8 2024